931 F.2d 52
 U.S.
v.
U.S. Currency Contained in Certificate of Deposit
#48050052-8, in Name of Kim (Bong Y.), at Firstrust Savings
Bank, 701 Hamilton Mall, Allentown, Pa. 18101, Certificate
of Deposit #06-65-017164, in Name of Kim (Bong Y.), at Hill
Financial Savings Associations, 400 Main Street, Red Hill,
Pa., Savings Account #823581709, Checking Account #15134933,
Both Accounts in Name of Kim (Bong Y.), at Meridian Bank,
7th and Hamilton Sts., Allentown, Pa., 18101
 NO. 90-1784
 United States Court of Appeals,
Third Circuit.
 MAR 18, 1991
 
 Appeal From: E.D.Pa.,
 Reed, J.
 
 
 1
 AFFIRMED.